WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 10-2164 TUC DCB |
| Plaintiff, | |
| v. | |
| Johas-Romo de Vivar, Marcos, | |
| Defendant. | **ORDER** |

The Court denies the Defendant's Motion for Stipulated Deportation Order Pursuant to A.R.S. § 41-1604.14.

The Court sentenced the Defendant on March 1, 2011, and entered the Judgment and Commitment on March 7, 2011. Defendant pled guilty to reentry after deportation, with a sentencing enhancement for reentry after being deported for a felony conviction. The Court sentenced Defendant to 30 months in the Bureau of Prisons, with three years of supervised release to follow. On January 24, 2002, Defendant filed a motion to stipulate to an order of deportation, pursuant to A.R.S. § 41-1604.14.

The Arizona statute provides for the Director of the Arizona State Department of Corrections to release a prisoner, if certain requirements are satisfied, to the custody and control of the United States immigration and customs enforcement. One of the requirements is that the department receive an order of deportation for the prisoner from the United States immigration and naturalization service. This Court does not have authority to issue such an order of deportation. The authority to order deportation or removal of an alien rests exclusively with the Executive Branch under the Attorney General. *United States v. Tinoso*,

327 F.3d 864, 865-66 (9th Cir. 2003) (citing 8 U.S.C. § 1227(a); *United States v. Phommachanh*, 91 F.3d 1383, 1386 (10th Cir. 1996); *United States v. Xiang,* 77 F.3d 771, 773 (4th Cir. 1996)).

**Accordingly,**

**IT IS ORDERED** that the Motion for Stipulated Deportation Order (Doc. 26) is DENIED.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail a copy of this Order to the Defendant.

DATED this 16th day of February, 2012.

David C. Bury
United States District Judge

2